UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOBBY WELLS,<br><br>                    Plaintiff,<br><br>v.<br><br>C/O RAND,<br><br>                    Defendants. | NO: 13-CV-5116-JTR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE |

Magistrate Judge Rodgers filed a Report and Recommendation on January 2, 2014, recommending Mr. Wells' application to proceed *in forma pauperis* be denied based on Plaintiff's failure to either comply with 28 U.S.C. § 1915(a)(2) or to pay the applicable filing fee under 28 U.S.C. § 1914. There being no objections, the Court **ADOPTS** the Report and Recommendation, ECF No. 5. The Application to proceed *in forma pauperis* is **DENIED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment, forward copies to Plaintiff at his last known address and

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE--1

1  close the file.  The Court certifies any appeal of this dismissal would not be taken

2  in good faith.

3        **DATED** this 5th day of February 2014.

4

5              *s/ Rosanna Malouf Peterson*
            ROSANNA MALOUF PETERSON
6              Chief United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND CLOSING FILE--2